**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**GERALD DEROUCHE**,                                CIVIL NO. 07-2142 (PJS/AJB)

    PLAINTIFF,

              V.          **ORDER ON PLAINTIFF'S MOTION FOR FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT**

**MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY**,

    DEFENDANT.

---

Lionel H. Peabody, Esq., for Plaintiff Gerald Derouche

Lonnie F. Bryan, Assistant United States Attorney for the Commissioner

---

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated March 20, 2008, with all the files and records, and no objections having been filed to said Recommendation,

**THE COURT HEREBY ORDERS** that

1. Plaintiff's Petition for Attorney Fees and Costs [Docket No. 26] is **granted**; and

2. Attorney's fees in the amount of $5792.00 is awarded; and

3. Costs in the amount of $56.45 is awarded (for a total of $5848.45).

Dated: 3/31/08

                                                        s/Patrick J. Schiltz
                                                        Patrick J. Schiltz
                                                        United States District Judge